## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF ARKANSAS
## NORTHERN DIVISION

**ANGELA BURNS**                                                            **PLAINTIFF**

**v.**                              **CASE NO. 3:21-CV-00093-BSM**

**NEWPORT COUNTRY CLUB, INC.**                                 **DEFENDANT**

## ORDER

Angela Burns's motion to compel [Doc. No. 8] is granted.  Newport Country Club,

Inc. has fourteen days to fully respond to Burns's interrogatories and requests for production

of documents.

IT IS SO ORDERED this 8th day of June, 2022.

_____
UNITED STATES DISTRICT JUDGE