# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# NORTHERN DIVISION

**ANGELA BURNS**                                                                              **PLAINTIFF**

VS.                             No. 3:21-cv-00093 BSM

**NEWPORT COUNTRY CLUB , INC.**                                              **DEFENDANT**

## ORDER

The parties ("Burns" and "NCC") participated in a settlement conference on January 23, 2023, reaching an agreement regarding the issue of liability. Docket entry no. 36. The parties agreed to negotiate regarding an appropriate attorney's fee in this Fair Labor Standards Act ("FLSA") case, with the understanding that the matter would be decided by the Court absent an agreement by the parties within two weeks following the settlement conference. The time for reaching an agreement has passed. Burns is directed to submit a motion for attorney's fee to the Court on or before March 1. NCC is directed to respond to this motion by March 15.

IT IS SO ORDERED this 9th day of February, 2023.

_____
UNITED STATES MAGISTRATE JUDGE