IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

ANGELA BURNS                                                                                          PLAINTIFF

v.                                      CASE NO. 3:21-CV-00093-BSM

NEWPORT COUNTRY CLUB INC.                                              DEFENDANT

## ORDER

What is a reasonable attorneys' fee for a Little Rock law firm that assigns five lawyers, including two partners charging at least $300 per hour, to prosecute a small town non-profit corporation for violating the Fair Labor Standards Act?  It is obvious from the pleadings that the defendant is not a wealthy multinational corporation, but is the typical struggling East Arkansas small town "country club." This is born out by the fact that, while plaintiff's title was "Assistant to the General Manager," her job duties were "assisting the kitchen manager, completing officer paperwork, waiting tables, housekeeping, pool maintenance, and running errands."  Complaint at ¶¶ 23-24.

Given the $3500 settlement, the dirth of filings on the docket, and the minimal level of sophistication required to handle this lawsuit, I cannot in good conscience award anything more than $5000 in fees.[1]  And, to be honest, I am awarding that much simply because I do not want to discourage lawyers engaged in this area of practice from helping employees who are truly being victimized by their employers.  The Newport Country Club is therefore

---

[1] My law clerk recommends that I analyze counsels' loadstar fee request to avoid Eighth Circuit scrutiny, but I am dispensing with that advice because I believe the circuit's judges should understand why there is no need for it.

ordered to reimburse Angela Burns for $5000 in attorneys' fees and $467 in costs.

IT IS SO ORDERED, this 24th day of March, 2023.

_____
UNITED STATES DISTRICT JUDGE