IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

**ANGELA BURNS**                                                                                          **PLAINTIFF**

v.                                    **CASE NO. 3:21-CV-00093-BSM**

**NEWPORT COUNTRY CLUB, INC.**                                                      **DEFENDANT**

## ORDER

This case is closed because all issues have been resolved.

IT IS SO ORDERED this 18th day of April, 2023.

_____
UNITED STATES DISTRICT JUDGE