IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

**ANGELA BURNS**                                                                                                    **PLAINTIFF**

v.                                           CASE NO. 3:21-CV-00093-BSM

**NEWPORT COUNTRY CLUB, INC.**                                                          **DEFENDANT**

## JUDGMENT

Consistent with the order entered today, this case is dismissed with prejudice.

IT IS SO ORDERED this 18th day of April, 2023.

_____
UNITED STATES DISTRICT JUDGE